# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD JOSEPH PAYNE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:10-cv-128 |
| SUPERINTENDENT PITKINS, *et al.*, | ) | |
| Defendants. | ) | Magistrate Judge Cathy Bissoon |

## MEMORANDUM ORDER

On May 27, 2008, the undersigned issued a report and recommendation recommending that the motion to dismiss filed by Defendants Salamae and Robinson (Doc. 11), and the motion to dismiss filed by Defendant Pitkins (Doc. 15), be granted. See Report (Doc. 23). Plaintiff was given until June 10, 2011, to file objections to the report. As of the date of this writing, no objections have been filed, nor has Plaintiff moved for an extension of time in which to do so. On June 9, 2011, all parties consented to the jurisdiction of a magistrate judge in this case. See (Docs. 21, 22, 24). After *de novo* review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 17th day of June, 2011,

IT IS HEREBY ORDERED that, in light of the fact that consent to the jurisdiction of a magistrate judge has been received by all parties, the Report of May 27, 2011 (Doc. 23), is converted to a memorandum order and constitutes the opinion of this Court.

IT IS FURTHER ORDERED the motion to dismiss filed by Defendants Salamae and Robinson (Doc. 11) is GRANTED.

- 2 -

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendant Pitkins (Doc. 15) is GRANTED.

        <u>s/ Cathy Bissoon</u>
        Cathy Bissoon
        U.S. Magistrate Judge

June 17, 2011

cc:

Ronald Joseph Payne (via U.S. Mail)
All attorneys of record (via CM/ECF e-mail).